IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(FOIA Enforcement Action)

| | |
|---|---|
| ALEXANDER J. BRITTIN<br>8000 Towers Crescent Drive, Suite 900<br>McLean, VA 22182,<br><br>    Plaintiff<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY,<br>Transportation Security Administration<br>Washington, DC 20201<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    Case No. _____ |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1.   This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. §

552, *as amended*, to compel the production of certain documents and records in

the possession of the Transportation Security Administration ("TSA"), an

agency within the U.S. Department of Homeland Security.

2.   This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B).

### Parties

3.   Plaintiff Alexander J. Brittin ("Brittin") is a private individual. Plaintiff Brittin

is the requester of the withheld records.

4.    Defendant, TSA, is an agency of the United States, and has possession of and control over the records that Plaintiff seeks.

**Statement of Facts**

5.    By letter in February 4, 2011, Plaintiff requested a copy of the following documents:

a.    Any agreements, contracts or task/delivery orders, plus any modifications, that have been, are or maybe used by and between the Government and MCA Innovations and/or MCA Innovations Joint Venture that relate in any way to the provision of workers' compensation medical case management services or similar services.

b.    The agreements, contracts or task/delivery orders, plus any modifications, currently being used by TSA to acquire any services from MCA Innovations and/or MCA Innovations Joint Venture that relate in any way to the provision of workers' compensation medical case management services or similar services.

6.    By letter dated February 7, 2011, TSA responded by assigning the following reference number to Plaintiff's request, No. TSA11-0355.

7.    TSA's February 7, 2011 letter stated that "[w]e will make every effort to comply with your request in a timely manner."

8.    On July 26, 2013, Aeron J. Pineiro, Operations Manager, Freedom of

Information Act Branch sent an email to Plaintiff asking if the request with

reference number TSA11-0355 was still active and if Plaintiff was "still

interested in receiving documents responsive to this request."

9.    On July 29, 2013, Plaintiff timely responded to Mr. Pineiro and stated that he

still wants the documents sought by the earlier submitted FOIA request.

10.   On November 25, 2013, Plaintiff again responded to Mr. Pineiro asking for

about the status of the requested documents.

11.   On December 4, 2013, Plaintiff again asked Mr. Pineiro about the status of the

requested documents.

12.   On December 4, 2014, Plaintiff again asked Mr. Pineiro about the status of the

requested documents.

13.   On December 10, 2014, Plaintiff spoke with Matthew Johnson, TSA FOIA

Branch who stated that he would look into the mater.

14.   On December 11, 2014, Mr. Johnson sent an email stating that the case number

had changed but the matter was still "under review" and he would try to get

"more answers."

15.   On December 12, 2014, Plaintiff timely filed a FOIA Appeal with TSA under 6

C.F.R. §5.9.

16.   TSA has failed to respond to Plaintiff's December 12, 2014, FOIA appeal.

17.   Plaintiff has a statutory right to the records that it seeks, and there is no legal

basis for Defendant's refusal to disclose them.

WHEREFORE, Plaintiff requests that this Court:

(1)   Declare that Defendant's refusal to disclose the records requested by Plaintiff is

unlawful;

(2)   Order Defendant to make the requested records available to Plaintiff;

(3)   Award Plaintiff its costs and reasonable attorneys' fees in this action as

provided by 5 U.S.C. § 552(a)(4)(E); and

(4)   Grant such other and further relief as this Court may deem just and proper.

Respectfully submitted,

Alexander J. Brittin
(DC Bar #384572)
8000 Towers Crescent Drive, Suite 900
McLean, VA 22182
Tel: 703-610-4895
Fax: 703-610-4896
email: alex@brittinlaw.com

Dated: February 11, 2015